UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SARAH SCHINAMAN,

      Plaintiff,

  v.

ONLINE.CARS, LLC, et al.,

      Defendants.

Case No. 1:24-cv-222

JUDGE DOUGLAS R. COLE

## CALENDAR ORDER

This civil action came before the Court for a preliminary pretrial conference by telephone on September 30, 2024, at 2:00 p.m. The Court hereby enters the following Calendar Order:

| | |
|---|---|
| Motions directed to pleadings: | **October 30, 2024** |
| Motions to amend the pleadings and/or add to add additional parties: | **November 29, 2024** |
| Disclosure of lay witnesses: | **April 1, 2025** |
| Plaintiff's expert report(s) and designation(s): | **May 30, 2025** |
| Discovery deadline[1]: | **May 30, 2025** |
| Defendants' expert report(s) and designation(s) | **June 30, 2025** |
| Rebuttal expert report(s) and designation(s): | **June 30, 2025** |
| Dispositive motion deadline[2]: | **June 30, 2025** |
| Final Pretrial Conference: | **To be determined** |

---

[1] Parties agreed to expand the number of interrogatories and requests for admission to 40.
[2] See the Standing Order governing Civil Motions for Summary Judgment.

Jury Trial: **To be determined**

**SO ORDERED.**

September 30, 2024
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**

2