# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **SARAH SCHINAMAN** | : | **CASE NO: 1:24-CV-00222** |
| Plaintiff | : | |
| vs. | : | |
| **ONLINE.CARS et. al.** | : | **JUDGE:  Douglas R. Cole** |
| Defendants. | : | **JOINT STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sarah Schinaman ("Plaintiff") and Defendants online.cars, LLC and McCluskey Chevrolet, Inc. ("Defendants") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate and agree to the dismissal of this action with prejudice. The Parties shall bear their own costs. The Court shall retain jurisdiction over this matter for purposes of enforcing the terms of the Parties' settlement agreement.

Respectfully Submitted this 22nd  day of November 2024:

| | |
|---|---|
| */s/ Robb S. Stokar* | */s/ Sean S. Kelly** |
| Robb S. Stokar (OH Bar No. 0091330) | Nick A. Nykulak (0075961) |
| Stokar Law, LLC | Sean S. Kelly (0075442) |
| 9200 Montgomery Road | Ross, Brittain & Schonberg Co., L.P.A. |
| Bldg E – Suite 18B | 6480 Rockside Woods Blvd. South, Suite 350 |
| Cincinnati, Ohio 45242 | Cleveland, OH 44131 |
| Tel.:     (513) 500-8511 | Telephone: (216) 447-1551 |
| rss@stokarlaw.com | Facsimile: (216) 447-1554 |
| *Trial counsel for Plaintiff* | Email: nnykulak@rbslaw.com |
| | skelly@rbslaw.com |
| | *Counsel for Defendants, online.cars, LLC and McCluskey Chevrolet, Inc.* |
| | *per email auth 11-22-24 (RSS) |